COOLEY LLP
HEIDI KEEFE (178960)
(hkeefe@cooley.com)
LOWELL MEAD (223989)
(lmead@cooley.com)
PRIYA VISWANATH (238089)
(pviswanath@cooley.com)
ALLIE DUNWORTH LEEPER (307310)
(aleeper@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304
Telephone:    (650) 843-5000
Facsimile:    (650) 849-7400

COOLEY LLP
PHILLIP MORTON (*Pro hac vice*)
(pmorton@cooley.com)
1299 Pennsylvania Avenue
NW, Suite 700
Washington, DC 20004-2400
Telephone:  (202) 842-7800
Facsimile:    (202) 842-7899

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YANBIN YU and ZHONGXUAN ZHANG,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California Corporation,<br><br>Defendant. | Case No.  3:18-cv-06181-JD<br><br>**DECLARATION OF LOWELL D. MEAD IN SUPPORT OF APPLE INC.'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT**<br><br>Date:        February 21, 2019<br>Time:        10 a.m.<br>Courtroom:  Courtroom 11, 19th Floor<br>Judge:        Hon. James Donato<br><br>Complaint filed:  October 9, 2018 |

I, Lowell D. Mead, declare:

1.      I am an partner with Cooley LLP, counsel in this action for Defendant Apple Inc.  I submit this declaration in support of Defendant Apple Inc.'s Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6).  I have personal knowledge of the facts contained within this declaration, and if called as a witness, could testify competently to the matters contained herein.

2.      Attached hereto as Exhibit A is a true and correct copy of an Examiner's office action dated November 4, 2002 from the U.S. Patent & Trademark Office prosecution file history for U.S. Patent No. 6,611,289.

3.      Attached hereto as Exhibit B is a true and correct copy of U.S. Patent No. 4,506,294.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on January 9, 2019, in Palo Alto, California.


                                        /s/ Lowell D. Mead
                                        Lowell D. Mead

COOLEY LLP
ATTORNEYS AT LAW

2.

**MEAD DECL ISO APPLE INC.'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT**
CASE NO. 3:18-CV-06181-JD